IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-

THOMAS TRAFICANTE,
                Defendant.



17-mj-4159

## GOVERNMENT'S MOTION TO SEAL

THE UNITED STATES OF AMERICA, by and through its attorneys, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Melissa M. Marangola, Assistant United States Attorney, hereby moves the Court for an Order permitting the filing of a complaint and supporting affidavit under seal. The government requests that the Court seal the complaint due to the sensitive law enforcement information that will be disclosed and for officer safety in executing the arrest warrant.

Dated: Rochester, New York, Dated: December 18, 2017.

                                              JAMES P. KENNEDY, JR.
                                              United States Attorney

BY:    _____
                MELISSA M. MARANGOLA
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                100 State Street, Room 500
                Rochester, New York 14614
                (585) 399-3925
                melissa.marangola@usdoj.gov